# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES K. BRELAND, JR., et al.,** | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) CIVIL ACTION NO. 14-158-CG-C <br> ) |
| **LEVADA EF FIVE, LLC**, | ) <br> ) |
| Defendant. | ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the separate Order entered this date in the above-styled case it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Levada EF Five, LLC and against Plaintiffs Charles K. Breland, Jr.; Osprey Utah, LLC; Water Canyon Holdings, LLC; Range Creek Holdings, LLC; and Utah Reserve Exchange, LLC, jointly and severally, in the total amount of **$2,397,695.94**.

**DONE** and **ORDERED**, this 28th day of April, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE